NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARLO E. JOHNSON,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5126

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-199, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

The United States moves out of time for an extension of time, until October 21, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carlo E. Johnson
     Jeremiah M. Luongo, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 1 7 2011**

**JAN HORBALY**
**CLERK**